**Fill in this information to identify the case:**

Debtor 1: James Arion Washington, Jr. aka James A. Washington, Jr.

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: _____ District of Nebraska (State)

Case number: 18-80279-TLS

## Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: Gateway Mortgage Group, a division of Gateway First Bank

Court claim no. (if known): 4

Last 4 digits of any number you use to identify the debtor's account: 0 3 5 7

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☐ No
☒ Yes. Date of the last notice: 03 / 15 / 2018

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify: Notice of Payment Change | 4/7/2021 | (11) | $ 50.00 |
| 12. Other. Specify: Notice of Post Petition Fee Notice | 5/17/2021 | (12) | $ 100.00 |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 1

Debtor 1  James Arion Washington, Jr. aka James A. Washington, Jr.   Case number (if known) __18-80279-TLS__
         First Name   Middle Name   Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X _/s/ Eric H. Lindquist_    Date  05 / 17 / 2021
  Signature

Print:    Eric H. Lindquist            Title  Attorney for Creditor
          First Name   Middle Name   Last Name

Company   Eric H. Lindquist, P.C., L.L.O.

Address   8712 West Dodge Road, Suite 260
          Number        Street
          Omaha, NE 68114
          City          State    ZIP Code

Contact phone ( 402 ) 829 – 0400       Email  elindquist@elindquistlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Postpetition Fees, Expenses, and Charges was served upon the debtor James Arion Washington, Jr., 6111 South 194th Avenue, Omaha, NE 68135, by regular United States mail, postage prepaid, upon the debtor's attorney of record, Bruce C. Barnhart, upon the trustee, Kathleen Laughlin and upon Jerry Jensen, Acting Assistant U.S. Trustee, via electronic notification, this 17th day of May, 2021.

*s/Eric H. Lindquist*
Eric H. Lindquist

LKB